IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| ELIZABETH PROTHRO WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | C/A No. 3:11-cv-03550-CMC |

## NOTICE OF DISMISSAL WITH PREJUDICE AS TO TRANS UNION LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff Elizabeth Prothro Williams hereby dismisses her claims against Trans Union LLC and Experian Information Solutions, Inc. with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Elizabeth Prothro Williams against Trans Union LLC and Experian Information Solutions, Inc. are dismissed with prejudice.

WE SO STIPULATE:

s/ Dave Maxfield_____            s/ Wilbur Eugene Johnson_____
Dave Maxfield, Fed. ID 6293              Wilbur Eugene Johnson., Fed ID 2212
Dave Maxfield, Attorney, LLC             Young Clement Rivers
5217 N. Trenholm Rd., Ste. B             PO Box 993
Columbia, SC 29206                       Charleston, SC 29402
(803) 509-6800                           843-577-4000
(855) 299-1656 fax                       843-724-6600
dave@trotterandmaxfield.com              wjohnson@ycrlaw.com
Attorney for Plaintiff                   Attorney for Trans Union LLC

s/ Lindsey C. Livingston
Lindsey C. Livingston, Fed ID 9518
Haynsworth Sinkler Boyd, PA
PO Box 11889
Columbia, SC 29211-1889
803-779-3030
llivingston@hsblawfirm.com


DATED: January 2, 2013


Columbia, South Carolina